IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : CRIMINAL NO. 1:CR-15-0263 |
| | : |
| REGINALD L. LOMAX, JR., | : (Judge Caldwell) |
| Defendant | : |

*O R D E R*

AND NOW, this 6th day of March, 2017, it is ordered that:

1. The following objections to the presentence report are overruled: (1) the objection that Defendant's 2008 cocaine offense (PSR ¶ 36) is not a serious drug offense under the ACCA; (2) the objection that Defendant's 2006 conviction for possession with intent to deliver marijuana does not count as a serious drug offense under the ACCA; and (3) the objection to the facts as written in the PSR ¶¶ 6-8 and 10.

2. The following objection to the presentence report is sustained: the objection that the PSR improperly states that Defendant used or possessed the firearm in connection with a controlled substance offense.

/s/William W. Caldwell
William W. Caldwell
United States District Judge