# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD LOMAX, JR., | : | |
| Petitioner | : | CRIMINAL ACTION NO. 1:15-263 |
| v. | : | (JUDGE MANNION) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Lomax's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 84)**, is **DENIED**.

2. Petitioner Lomax's motion to appoint counsel, **(Doc. 86)**, is **DENIED**.

3. Petitioner Lomax is not entitled to an evidentiary hearing.

4. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: September 12, 2019
15-263-01-ORDER.wpd